FILED
May 28, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AURELIO RUBEN BULGIN,<br><br>　　　　Defendant. | Case No. 2:13MJ000169-AC-3<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  AURELIO RUBEN BULGIN , Case No. 2:13MJ000169-AC-3 , Charge  21USC § 846, 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　__　Release on Personal Recognizance

　　__　Bail Posted in the Sum of $_____

　　　　__　Unsecured Appearance Bond

　　　　__　Appearance Bond with 10% Deposit

　　　　__　Appearance Bond with Surety

　　　　__　Corporate Surety Bail Bond

　　　　✔　(Other)　　Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 28, 2013  at  2:00 pm .

　　　　　　　　　　　　　　　　　　　　By  /s/ Allison Claire/s/ Allison Claire
　　　　　　　　　　　　　　　　　　　　　　Allison Claire
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Copy 2 - Court