LIBERTYBELL LAW GROUP
JENNIFER J. WIRSCHING, ESQ., SBN 263141
245 E. OLIVE AVEUE, 4TH FLOOR
BURBANK, CA 91502
TELEPHONE: (818) 563-2355
FACSIMILE:   (818) 450-0466
EMAIL: jenniferwirsching@libertybelllaw.com

Attorney for Defendant,
Aurelio Ruben Bulgin

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO:  2:13-CR-00204- MCE |
| Plaintiff, ) | |
| v. ) | **AMENDED MOTION CONTINUE** |
| ) | **MOTION TO WITHDRAWAL HEARING** |
| AURELIO RUBEN BULGIN, ) | |
| Defendant. ) | |

    COMES NOW, Jennifer J. Wirsching, counsel of record, in the above entitled matter for defendant Aurelio Ruben Bulgin to continue the Motion to Withdraw hearing currently scheduled for December 5, 2013 for the following reasons:

1. Defense Counsel has (2) two hearing on December 5, 2013 that cannot be moved;

2. Defense Counsel will be on People of the State of California v. Paul Bell at 9:00am;

3. Defense Counsel will also be doing a Plea on USA v. Brandon Robertson at 2:00pm, both will be held in Los Angeles.

WHEREFORE, counsel of record, Jennifer J. Wirsching, respectfully moves this court to courteously continue the Motion to Withdraw hearing for December 5, 2013 to December 19, 2013.

Dated: November 26, 2013                              RESPECTFULLY SUBMITTED,

_____/s/_____
Jennifer J. Wirsching, Esq.
Attorney for Defendant,
Aurelio Ruben Bulgin

LIBERTYBELL LAW GROUP
JENNIFER J. WIRSCHING, ESQ., SBN 263141
245 E. OLIVE AVEUE, 4TH FLOOR
BURBANK, CA 91502
TELEPHONE: (818) 563-2355
FACSIMILE:  (818) 450-0466
EMAIL: jenniferwirsching@libertybelllaw.com

Attorney for Defendant,
Aurelio Ruben Bulgin

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO: 2:11-893 |
| ) | ORDER |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| AURELIO RUBEN BULGIN, ) | |
| Defendant. ) | |
| _____ ) | |

   Defendant's Amended Motion to Withdraw hearing from December 5, 2013 to December 19, 2013 is GRANTED.

   IT IS SO ORDERED.

Dated:  December 3, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT