ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
RUBEN AURELIO BULGIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-CR-00204-MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE JUDGMENT AND SENTENCING |
| v. | ) | |
| | ) | |
| | ) | |
| RUBEN AURELIO BULGIN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

    Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Michele M. Beckwith, and defendant, Ruben Aurelio Bulgin, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgment and sentencing, October 1, 2015 at 9:00 a.m., in the above-captioned matter, and to continue judgment and sentencing to October 8, 2015 at 9:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr.

    The reason for this request is that the defense needs additional time to complete and file the sentencing memorandum and to prepare for sentencing. The Court is advised that Ms. Beckwith and the probation officer in this matter, Lisa Hage, concur with this request and Ms. Beckwith has authorized Ms. Radekin to sign this stipulation on her behalf.

Stipulation and Order - 1

1  Accordingly, the parties respectfully request the Court adopt this
2  proposed stipulation.
3  IT IS SO STIPULATED
4  Dated: September 23, 2015         BENJAMIN WAGNER
                                     United States Attorney

                                     By:   /s/ Michele Beckwith
                                           MICHELE BECKWITH
                                           Assistant United States Attorney

8  Dated: September 23, 2015          /s/ Erin J. Radekin
                                     ERIN J. RADEKIN
                                     Attorney for Defendant
                                     RUBEN AURELIO BULGIN

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the date set for judgment and sentencing of October 1, 2015 at 9:00 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on October 8, 2015 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  September 24, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order - 2