ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 357
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
RUBEN AURELIO BULGIN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-CR-00204-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **REQUEST TO FILE UNDER SEAL;** |
| | ) | **ORDER** |
| | ) | |
| RUBEN AURELIO BULGIN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Local Rule 141(b), defendant, RUBEN AURELIO BULGIN, by and through his counsel, Erin J. Radekin, respectfully requests an Order sealing the defendant's sentencing memorandum and the exhibits attached thereto, to wit, Exhibit A, California Highway Patrol Valley Division Investigative Services Unit report dated May 8, 2013 and Exhibit B, California Highway Patrol Valley Division Investigative Services Unit report dated June 1, 2013. The sentencing memorandum and attached exhibits contain sensitive information, including facts

Request to File Under Seal; Order  - 1

taken from police reports, that might put Mr. Bulgin's safety and that of his family at risk.

The Court may order documents to be filed under seal. While the press and the public have a presumed right of access to court proceedings and documents under the first amendment, this presumed right is not absolute. *See Press-Enterprise Co. v. Superior Court*, 464 U.S. 501, 50-9-510 (1985). It can be overcome based on findings that closure is essential to preserve higher values and is narrowly tailored to serve that interest. *Id.* at p. 510. From the Court's perspective, the controlling interest is to be articulated with findings specific enough that a reviewing court can determine whether the closure order was properly entered. *Ibid.*

Here, the defense seeks to file the sentencing memorandum and supporting exhibits under seal to protect Mr. Bulgin's safety and that of his family, and to keep facts of the investigation in this case confidential.

Dated: October 1, 2015                                          Respectfully submitted,

                                                                     /s/ Erin J. Radekin
                                                                    ERIN J. RADEKIN
                                                                    Attorney for Defendant
                                                                    RUBEN AURELIO BULGIN

//

### ORDER

Pursuant to Local Rule 141(b), and based upon the representation contained in defendant's Request to File Under Seal, it is hereby ordered that defendant's sentencing memorandum and all exhibits attached thereto shall be sealed under further order of this Court.

IT IS SO ORDERED.

Dated:  October 7, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT