ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 357
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
RUBEN AURELIO BULGIN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-CR-00204-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **REQUEST TO FILE UNDER SEAL;** |
| | ) | **ORDER** |
| | ) | |
| RUBEN AURELIO BULGIN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Local Rule 141(b), defendant, RUBEN AURELIO BULGIN, by and through his counsel, Erin J. Radekin, respectfully requests an Order sealing the defendant's Reply to Government's Sentencing Briefs and the attached exhibit, Exhibit C, excerpt from U.S. Department of Justice, Drug Enforcement Administration Report of Investigation dated May 25, 2013 on the ground such documents contain sensitive information, including facts taken from police reports, that might put Mr. Bulgin's safety and that of his family at risk.

Request to File Under Seal; Order - 1

The Court may order documents to be filed under seal. While the press and the public have a presumed right of access to court proceedings and documents under the first amendment, this presumed right is not absolute. *See Press-Enterprise Co. v. Superior Court*, 464 U.S. 501, 50-9-510 (1985). It can be overcome based on findings that closure is essential to preserve higher values and is narrowly tailored to serve that interest. *Id.* at p. 510. From the Court's perspective, the controlling interest is to be articulated with findings specific enough that a reviewing court can determine whether the closure order was properly entered. *Ibid.*

Here, the defense seeks to file his reply and supporting exhibit under seal to protect Mr. Bulgin's safety and that of his family, and to keep facts of the investigation in this case confidential.

Dated: October 2, 2015                                      Respectfully submitted,

                                          /s/ Erin J. Radekin
                                        ERIN J. RADEKIN
                                        Attorney for Defendant
                                        RUBEN AURELIO BULGIN

//

## ORDER

Pursuant to Local Rule 141(b), and based upon the representation contained in defendant's Request to File Under Seal, it is hereby ordered that defendant's Reply to Government's Sentencing Briefs and the attached exhibit, Exhibit C, excerpt from U.S. Department of Justice, Drug Enforcement Administration Report of Investigation dated May 25, 2013 defendant's sentencing memorandum and all exhibits attached thereto shall be sealed until further order of this Court.

IT IS SO ORDERED.

Dated:  October 7, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Request to File Under Seal; Order  - 3