UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AURELIO RUBEN-BULGIN,<br><br>Defendant. | No. 2:13-CR-00204-MCE<br><br><br><br>**ORDER** |

Presently before the Court is a Motion to Reduce Sentence (ECF No. 173) filed by Defendant Aurelio Ruben-Bulgin ("Defendant"). The Court previously denied an identical prior request. ECF No. 170. For the reasons set forth in that Order, Defendant's instant request is DENIED as well.

IT IS SO ORDERED.

Dated: July 31, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE