**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 107
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
**RUBEN AURELIO BULGIN**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 2:13-CR-00204-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REQUEST FOR ORDER AND** |
| v. | ) | **ORDER TO** |
| | ) | **EXONERATE BOND AND** |
| | ) | **RETURN PASSPORT** |
| **RUBEN AURELIO BULGIN**, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On May 28, 2013, the court ordered Mr. Bulgin released on a $100,000 unsecured bond and that he surrender his passport. ECF No. 5. On May 29, 2013, Mr. Bulgin surrendered his Republica De Panama passport. ECF No. 10.

On October 8, 2015, Mr. Bulgin was sentenced to 60 months in prison and 36 months of supervised release. ECF No. 123. It is not a condition of his supervised release that the court maintain custody of his passport. ECF No. 127.

Accordingly, as Mr. Bulgin is no longer on pre-trial release and is currently serving his sentence, he respectfully requests that the court exonerate the bond posted to secure his release and return his passport.

Dated: March 12, 2018               Respectfully Submitted,


 /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
RUBEN AURELIO BULGIN

**ORDER**

Good cause appearing, it is hereby ordered that the bond posted to secure the release of the defendant, Ruben Aurelio Bulgin, be exonerated and that his Republica de Panama passport surrendered to the court be returned to him.

IT IS SO ORDERED.

Dated:  March 13, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE